## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 1, 2016

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

      Re:  Case No. 15-6278, *Kenneth Wilson v. Fisk University*
           Originating Case No. : 3:14-cv-02012

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Renee M. Jefferies
Case Manager
Direct Dial No. 513-564-7021

cc:  Mr. William N. Ozier
     Ms. Mary Leigh Pirtle
     Mr. Kenneth Wilson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 15-6278

---

Filed: July 01, 2016

KENNETH WILSON

    Plaintiff - Appellant

v.

FISK UNIVERSITY

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 06/09/2016 the mandate for this case hereby issues today.

COSTS:  None